McRay **PETTIGREW, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.**

No. 04–56672.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2006.*

Filed Dec. 21, 2006.

Law Offices of Young C. Cho, Santa Fe Springs, CA, for Plaintiff–Appellant.

Office of the U.S. Attorney Civil & Tax Divisions, Los Angeles, CA, Theophous H. Reagans, Esq., Social Security Administration Office of the General Counsel, San Francisco, CA, for Defendant–Appellee.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before: BRUNETTI, KOZINSKI and RYMER, Circuit Judges.

## MEMORANDUM**

We affirm for substantially the reasons articulated by the magistrate judge.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

